**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00688-CR

**RONAL ORDONEZ-OROSCO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81465-2014**

## ORDER

We **GRANT** court reporter Tonya Lebo's July 6, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

The clerk's record has not been filed and is now overdue. We **ORDER** the Collin County District Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

/s/     LANA MYERS
        JUSTICE